# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159005 & (16)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LUCERNE INTERNATIONAL, INC.,
      Plaintiff-Appellee,

v

    SC: 159005
    COA: 346996
    Wayne CC: 18-015030-CB

DURA AUTOMOTIVE SYSTEMS, LLC,
and MILAN METAL SYSTEMS, LLC,
      Defendants-Appellants,

and

ASIA FORGING SUPPLY CO., LTD, and
FAW FORGING AND CASTING USA, INC.,
      Defendants.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 28, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2019



Clerk

d0212